# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORTIZ, MICHAEL A | § | Case No. 14-14383 |
| | § | |
| Debtor(s) | § | |

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 05/29/2015 in Courtroom ,
Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/30/2015                By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
ORTIZ, MICHAEL A § Case No. 14-14383
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 78.19 |
| leaving a balance on hand of[1] | $ | 6,921.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 26.47 | $ 0.00 | $ 26.47 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,476.47 |
| Remaining Balance | | $ | 5,445.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,554.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Eye Care Associates | $ 498.97 | $ 0.00 | $ 164.13 |
| 000002 | Franchise Tax Board | $ 10,234.74 | $ 0.00 | $ 3,366.66 |
| 000003 | Wells Fargo Bank NA | $ 5,820.29 | $ 0.00 | $ 1,914.55 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,445.34 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/PETER N METROU

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                          Case No. 14-14383-BWB
Michael A Ortiz                                                 Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez               Page 1 of 1              Date Rcvd: May 06, 2015
                              Form ID: pdf006             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2015.
db             +Michael A Ortiz,    1604 Avery Road,    San Marcos, CA 92078-1047
21813322       +ATG Credit,    Attn: Bankruptcy Dept.,    1700 W Cortland St Ste 2,    Chicago,IL 60622-1166
21813335       +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington,DE 19850-5298
21813339       +California Franchise Tax Board,    Bankruptcy Dept.,    PO Box 942867,    Sacramento,CA 94267-0001
21813329       +Creditors Discount & A,    Attn: Bankruptcy Dept.,    415 E Main St,    Streator,IL 61364-2927
21813330       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
21813331       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
22442443       +Eye Care Associates,    PO Box 3722,    Lisle, IL 60532-8722
22538454        Franchise Tax Board,    Bankruptcy Section MS A340,    PO Box 2952,    Sacramento, CA 95812-2952
21813333       +GDYR/CBNA,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls,SD 57117-6497
21813323       +Golds GYM    Paramount,    C/O United Recovery Group,    11639 S 700 E Ste 200,
                 Draper,UT 84020-8299
21813337        McDonald’s Corporation,    Donald Thompson, President,    McDonald’s Plz,    Oak Brook,IL 60523
21813336       +McDonald’s Corporation,    Carrie Reuter,    2915 Jorie Blvd,    Oak Brook,IL 60523-2126
21813340       +Nicole Mounteer,    1510 Santa de Ana Rd,    #15,    Chula Vista,CA 91913-2641
21813338       +Prentice Hall Corporation,    Registered Agent: McDonald’s Corp,    801 Adlai Stevenson Dr,
                 Springfield,IL 62703-4261
21813324       +Progressive MGMT Syste,    Attn: Bankruptcy Dept.,    1521 W Cameron Ave Fl 1,
                 West Covina,CA 91790-2738
21813332       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
21813334       +WFF Cards,    Attn: Bankruptcy Dept.,    3201 N 4Th Ave,    Sioux Falls,SD 57104-0700
22559864        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA     50306-0438
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21813328       +E-mail/Text: abcrecoveryinc@aol.com May 07 2015 11:03:49      ABC Credit & Recovery,
                 Attn: Bankruptcy Dept.,    4736 Main St Ste 4,    Lisle,IL 60532-1986
21852077        E-mail/PDF: gecsedi@recoverycorp.com May 07 2015 00:39:25      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
21813341       +E-mail/Text: cio.bncmail@irs.gov May 07 2015 00:37:16      IRS Non-Priority,    Bankruptcy Dept.,
                 PO Box 7346,    Philadelphia,PA 19101-7346
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21813342*      +IRS Non-Priority,    Bankruptcy Dept.,    PO Box 7346,    Philadelphia,PA 19101-7346
21813343*      +IRS Non-Priority,    Bankruptcy Dept.,    PO Box 7346,    Philadelphia,PA 19101-7346
21813344*      +IRS Non-Priority,    Bankruptcy Dept.,    PO Box 7346,    Philadelphia,PA 19101-7346
21813345*      +IRS Non-Priority,    Bankruptcy Dept.,    PO Box 7346,    Philadelphia,PA 19101-7346
21813325*      +Progressive MGMT Syste,    Attn: Bankruptcy Dept.,    1521 W Cameron Ave Fl 1,
                 West Covina,CA 91790-2738
21813326*      +Progressive MGMT Syste,    Attn: Bankruptcy Dept.,    1521 W Cameron Ave Fl 1,
                 West Covina,CA 91790-2738
21813327*      +Progressive MGMT Syste,    Attn: Bankruptcy Dept.,    1521 W Cameron Ave Fl 1,
                 West Covina,CA 91790-2738
                                                                                              TOTALS: 0, * 7, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2015                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2015 at the address(es) listed below:
          Cecil D Scruggs    on behalf of Debtor Michael A Ortiz ndil@geracilaw.com
          Jonathan D Parker    on behalf of Debtor Michael A Ortiz ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
           pmetrou@ecf.epiqsystems.com
                                                                                              TOTAL: 4
```