# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ORTIZ, MICHAEL A | § | Case No. 14-14383 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 7,225.00                    Assets Exempt: 11,860.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  5,445.34    Claims Discharged
                                               Without Payment:   2,006,747,815.66

Total Expenses of Administration: 1,554.66

---

   3) Total gross receipts of $ 7,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 7,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,554.66 | 1,554.66 | 1,554.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,006,736,707.00 | 16,554.00 | 16,554.00 | 5,445.34 |
| **TOTAL DISBURSEMENTS** | $ 2,006,736,707.00 | $ 18,108.66 | $ 18,108.66 | $ 7,000.00 |

4) This case was originally filed under chapter 7 on 04/17/2014. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/16/2015            By:/s/Peter N. Metrou, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank Account | 1129-000 | 4,900.00 |
| STOCK | 1129-000 | 2,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 1,450.00 | 1,450.00 | 1,450.00 |
| PETER N METROU | 2200-000 | NA | 26.47 | 26.47 | 26.47 |
| ADAMS LEVINE | 2300-000 | NA | 6.73 | 6.73 | 6.73 |
| Associated Bank | 2600-000 | NA | 71.46 | 71.46 | 71.46 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,554.66 | $ 1,554.66 | $ 1,554.66 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 ABC Credit & Recovery Attn: Bankruptcy Dept. 4736 Main St Ste 4 Lisle IL 60532 | | 498.00 | NA | NA | 0.00 |
| | 10 IRS Non-Priority Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | 2,192.00 | NA | NA | 0.00 |
| | 11 IRS Non-Priority Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | 5,450.00 | NA | NA | 0.00 |
| | 12 IRS Non-Priority Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | 9,424.00 | NA | NA | 0.00 |
| | 13 IRS Non-Priority Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | 14,940.00 | NA | NA | 0.00 |
| | 14 IRS Non-Priority Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 : 15 McDonald's Corporation Carrie Reuter 2915 Jorie Blvd Oak Brook IL 60523 | | 2,006,683,020.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 Progressive MGMT Syste Attn: Bankruptcy Dept. 1521 W Cameron Ave Fl 1 West Covina CA 91790 | | 151.00 | NA | NA | 0.00 |
| | 17 Progressive MGMT Syste Attn: Bankruptcy Dept. 1521 W Cameron Ave Fl 1 West Covina CA 91790 | | 251.00 | NA | NA | 0.00 |
| | 18 Progressive MGMT Syste Attn: Bankruptcy Dept. 1521 W Cameron Ave Fl 1 West Covina CA 91790 | | 227.00 | NA | NA | 0.00 |
| | 19 Progressive MGMT Syste Attn: Bankruptcy Dept. 1521 W Cameron Ave Fl 1 West Covina CA 91790 | | 341.00 | NA | NA | 0.00 |
| | 2 ATG Credit Attn: Bankruptcy Dept. 1700 W Cortland St Ste 2 Chicago IL 60622 | | 48.00 | NA | NA | 0.00 |
| | 20 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 21 WFF Cards Attn: Bankruptcy Dept. 3201 N 4Th Ave Sioux Falls SD 57104 | | 5,765.00 | NA | NA | 0.00 |
| | 3 California Franchise Tax Board Bankruptcy Dept. PO Box 942867 Sacramento CA 94267 | | 6,659.00 | NA | NA | 0.00 |
| | 4 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 6,992.00 | NA | NA | 0.00 |
| | 5 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 375.00 | NA | NA | 0.00 |
| | 6 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 7 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | 8 GDYR/CBNA Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | 177.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 Golds GYM Paramount C/O United Recovery Group 11639 S 700 E Ste 200 Draper UT 84020 | | 197.00 | NA | NA | 0.00 |
| | McDonald's Corporation Donald Thompson, President McDonald's Plz Oak Brook IL 60523 | | 0.00 | NA | NA | 0.00 |
| | Prentice Hall Corporation Registered Agent: McDonald's Corp 801 Adlai Stevenson Dr Springfield IL 62703 | | 0.00 | NA | NA | 0.00 |
| 000001 | EYE CARE ASSOCIATES | 7100-000 | NA | 498.97 | 498.97 | 164.13 |
| 000002 | FRANCHISE TAX BOARD | 7100-000 | NA | 10,234.74 | 10,234.74 | 3,366.66 |
| 000003 | WELLS FARGO BANK NA | 7100-000 | NA | 5,820.29 | 5,820.29 | 1,914.55 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,006,736,707.00 | $ 16,554.00 | $ 16,554.00 | $ 5,445.34 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-14383 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ORTIZ, MICHAEL A | Date Filed (f) or Converted (c): | 04/17/14 (f) |
| | | 341(a) Meeting Date: | 06/09/14 |
| For Period Ending: | 07/16/15 | Claims Bar Date: | 12/22/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account | 0.00 | 0.00 | | 0.00 | FA |
| Checking with Wells Fargo | | | | | |
| 2. Bank Account | 4,900.00 | 0.00 | | 4,900.00 | FA |
| Checking with Chase | | | | | |
| 3. HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS/COLLECTIBLES | 160.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 6. Camera | 25.00 | 0.00 | | 0.00 | FA |
| 7. PENSION / PROFIT SHARING | Unknown | 0.00 | | 0.00 | FA |
| 8. STOCK | 3,800.00 | 0.00 | | 2,100.00 | FA |
| McDonalds | | | | | |
| 9. 2008 Ford Taurus | 6,000.00 | 0.00 | | 0.00 | FA |
| 10. Unpaid wages | 6,000.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $26,085.00 | $0.00 | | $7,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assets liquidated; ready for claims review and TFR -

Initial Projected Date of Final Report (TFR): 12/01/15     Current Projected Date of Final Report (TFR): 12/01/15

LFORM1                                                                                                                          Ver: 18.04

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-14383 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | ORTIZ, MICHAEL A | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******5124 Checking Account |
| Taxpayer ID No: | *******3626 |  |  |
| For Period Ending: | 07/16/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 09/18/14 | 2, 8 | Michael Ortiz<br>no available on check | Liq Bank Account/Stock | 1129-000 | 7,000.00 |  | 7,000.00 |
| 10/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 6,990.00 |
| 11/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.39 | 6,979.61 |
| 12/05/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.04 | 6,969.57 |
| 01/08/15 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.36 | 6,959.21 |
| 02/06/15 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.35 | 6,948.86 |
| 03/06/15 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 6,938.86 |
| 03/19/15 | 005001 | ADAMS LEVINE<br>SURETY BOND AGENCY<br>60 EAST 42ND STREET, ROOM 965<br>NEW YORK, NY 10165 | BOND PREMIUM<br>BOND# 10BSBGR6291 | 2300-000 |  | 6.73 | 6,932.13 |
| 04/07/15 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.32 | 6,921.81 |
| 06/02/15 | 005002 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Expense |  |  | 1,476.47 | 5,445.34 |
|  |  |  | Fees           1,450.00 | 2100-000 |  |  |  |
|  |  |  | Expenses         26.47 | 2200-000 |  |  |  |
| 06/02/15 | 005003 | Eye Care Associates<br>PO Box 3722<br>Lisle, IL 60532 | Claim 000001, Payment 32.89376% | 7100-000 |  | 164.13 | 5,281.21 |
| 06/02/15 | 005004 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Claim 000002, Payment 32.89444% | 7100-000 |  | 3,366.66 | 1,914.55 |
| 06/02/15 | 005005 | Wells Fargo Bank NA<br>PO Box 10438 | Claim 000003, Payment 32.89441% | 7100-000 |  | 1,914.55 | 0.00 |

Page Subtotals         7,000.00         7,000.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2            Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**      Exhibit 9

| Case No: | 14-14383 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | ORTIZ, MICHAEL A | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5124 Checking Account |
| Taxpayer ID No: | *******3626 | | |
| For Period Ending: | 07/16/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Des Moines IA 50306-0438 | | | | | |

|  |  |  |  |
|---|---|---|---|
| | COLUMN TOTALS | 7,000.00 | 7,000.00 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 7,000.00 | 7,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 7,000.00 | 7,000.00 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account - ********5124 | | 7,000.00 | 7,000.00 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 7,000.00 | 7,000.00 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*